IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL SUN, SHU SHAN HO, RICHARD McELHATTAN and DONNA McELHATTAN, individually and on behalf of all others similarly situated,<br>　　　　Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, individually and on behalf of all other affiliated insurance companies,<br>　　　　Defendant. | : : : : : : : : : : : : : | CIVIL ACTION<br><br><br>NO. 11-1423<br><br><br><br>CLASS ACTION<br><br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), please mark this matter voluntarily dismissed without prejudice.

          CAROSELLI BEACHLER MCTIERNAN & CONBOY

By: _____/s/ DSS 1073_____
DAVID S. SENOFF, ESQUIRE
PA. ATTY. I.D. NO. 65278
RICHARD C. DEFRANCESCO, ESQUIRE
PA. ATTY. I.D. NO. 87902

1500 WALNUT STREET, SUITE 507
PHILADELPHIA, PENNSYLVANIA 19102
T: (215) 609-1350
F: (215) 609-1351
DSENOFF@CBMCLAW.COM
RDEFRANCESCO@CBMCLAW.COM

JOSEPH A. ZENSTEIN, ESQUIRE
ZENSTEIN GALLANT & PARLOW, PC
PA. ATTY. I.D. NO. 62349

ONE PENN CENTER, SUITE 1270
1617 JOHN F. KENNEDY BOULEVARD

                              PHILADELPHIA, PENNSYLVANIA 19103
                              T: (215) 568-2900
                              F: (215) 568-2901
                              JZENSTEIN@ZGPLAW.COM

                              ATTORNEYS FOR THE PLAINTIFFS

DATED: JULY 8, 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL SUN, SHU SHAN HO, RICHARD McELHATTAN and DONNA McELHATTAN, individually and on behalf of all others similarly situated,<br>  Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, individually and on behalf of all other affiliated insurance companies,<br>  Defendant. | : CIVIL ACTION<br>:<br>:<br>: NO. 11-1423<br>:<br>:<br>:<br>:<br>: CLASS ACTION<br>:<br>:<br>:<br>: JURY TRIAL DEMANDED |

**CERTIFICATION OF SERVICE**

I, David S. Senoff, Esquire, hereby certify that a true and correct copy of Plaintiffs' Notice of Voluntary Dismissal was served upon all counsel by electronic filing via ECF notification on July 8, 2011.

                              CAROSELLI BEACHLER MCTIERNAN & CONBOY

                         By: _____/s/ DSS 1073_____
                              DAVID S. SENOFF, ESQUIRE
                              PA. ATTY. I.D. NO. 65278
                              RICHARD C. DEFRANCESCO, ESQUIRE
                              PA. ATTY. I.D. NO. 87902

                              1500 WALNUT STREET, SUITE 507
                              PHILADELPHIA, PENNSYLVANIA 19102
                              T: (215) 609-1350
                              F: (215) 609-1351
                              DSENOFF@CBMCLAW.COM
                              RDEFRANCESCO@CBMCLAW.COM

                              JOSEPH A. ZENSTEIN, ESQUIRE
                              ZENSTEIN GALLANT & PARLOW, PC
                              PA. ATTY. I.D. NO. 62349

                              ONE PENN CENTER, SUITE 1270
                              1617 JOHN F. KENNEDY BOULEVARD

PHILADELPHIA, PENNSYLVANIA 19103
T: (215) 568-2900
F: (215) 568-2901
JZENSTEIN@ZGPLAW.COM

ATTORNEYS FOR THE PLAINTIFFS